# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1110**
**CA 13-02251**
PRESENT: SCUDDER, P.J., FAHEY, CARNI, LINDLEY, AND VALENTINO, JJ.

---

NICHOLAS D. TRBOVICH, PLAINTIFF-APPELLANT,

V                                                    MEMORANDUM AND ORDER

JACQUELINE TRBOVICH, DEFENDANT-RESPONDENT.
(APPEAL NO. 3.)

---

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO, BOUVIER PARTNERSHIP, LLP, EAST AURORA, THE COSGROVE LAW FIRM (EDWARD C. COSGROVE OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LAW OFFICE OF JOSEPH G. MAKOWSKI, BUFFALO (JOSEPH G. MAKOWSKI OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), entered December 4, 2013 in a divorce action. The order, among other things, directed plaintiff to comply with certain discovery requests.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Trbovich v Trbovich* ([appeal No. 1] ___ AD3d ___ [Nov. 21, 2014]).

Entered: November 21, 2014                    Frances E. Cafarell
                                              Clerk of the Court